**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael GAMARRO–RAMIREZ,
Defendant–Appellant.**

**No. 09–50379.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 15, 2010.

Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, Priya Sopori, Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

Elizabeth Newman, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Rafael Gamarro–Ramirez appeals from the conviction and 46–month sentence imposed following his guilty plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gamarro–Ramirez's counsel has filed a brief stating there are

no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se brief.[1]

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED,** and the case is **REMANDED** with instructions to correct the judgment.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Appellant's motion to file a late opening brief is granted, and the brief received on April 15, 2010, is deemed filed.

